# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **CODY LEITZMAN**, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | 1:20-cv-01055-SEB-DML |
| v. ) ) | Judge Barker |
| ) | Magistrate Judge Lynch |
| **U.S. BANK, N.A.**, ) ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion to Modify Deadline to File Motion for Preliminary Approval and accompanying documents, due notice having been given, and the Court having been fully advised,

**IT IS HEREBY ORDERED:**

1. Plaintiff's motion is GRANTED.

2. The deadline to file Motion for Preliminary Approval and accompanying documents is extended to May 9, 2022.

Date: 4/28/2022

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

*Service shall be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.*