# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **CODY LEITZMAN, On behalf of himself and all others similarly situated,** ) ) ) | |
| ) | 1:20-cv-01055-SEB-DML |
| **Plaintiff,** ) ) | |
| v. ) ) | Judge Barker |
| ) | Magistrate Judge Lynch |
| **U.S. BANK, N.A.,** ) ) | |
| **Defendant.** ) | |

## CONSENT MOTION FOR ENTRY OF ORDER
## OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT

NOW COMES Plaintiff, Cody Leitzman, by undersigned counsel, and moves this Honorable Court to enter the proposed Order finally approving the class action settlement in this matter. In support thereof, Plaintiff relies upon the contemporaneously filed memorandum of law.

      Respectfully submitted,
      **CODY LEITZMAN, individually and
      on behalf of all others similarly situated.**

      By:    s/ David M. Marco
            Attorney for Plaintiff and the Class

Dated: October 19, 2022

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:  (312) 546-6539
Facsimile:  (888) 418-1277
E-Mail:  dmarco@smithmarco.com